**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__

Case number (*If known*): _____ Chapter _____

FILED
U.S. BANKRUPTCY COURT
2026 MAR 26 A 9:00
S.D.O. NY

☐ Check if this is an
amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 11 |

## Part 2:    Identify the Debtor

| | |
|---|---|
| 2. **Debtor's full name** | Joel<br>First name<br><br>Middle name<br>Horowitz<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 3. **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed, married, maiden, or trade names, or *doing business as* names. | _____<br>_____<br>_____ |
| 4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)** | ☑ Unknown<br><br>xxx – xx – 8 8 4 6    OR    9xx – xx – ___ ___ ___ ___ |
| 5. **Any Employer Identification Numbers (EINs) used in the last 8 years** | ☐ Unknown<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |

Debtor    __Joel Horowitz_____    Case number (if known)_____

| 6. Debtor's address | Principal residence | Mailing address, if different from residence |
|---|---|---|

156 Maple Avenue
Number    Street

Unit #212

Spring Valley                NY    10952
City                               State    ZIP Code

Rockland
County

Number    Street

_____

_____
City                               State    ZIP Code

**Principal place of business**

156 Maple Avenue
Number    Street

Unit #212

Spring Valley                NY    10952
City                               State    ZIP Code

Rockland
County

---

**7. Type of business**

❏ Debtor does not operate a business

*Check one if the debtor operates a business:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

---

**8. Type of debt**

**Each petitioner believes:**

☑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

❏ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No

❏ Yes. Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known_____
                                              MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known_____
                                              MM / DD / YYYY

---

Debtor    **Joel Horowitz** _____     Case number (if known)_____

| Part 3: | Report About the Case |
|---------|----------------------|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Levi Needleman | loan | $ 650,000 |
| Ben Klein | loan | $ 150,000.00 |
| 96 WRR  LLC | Loan | $ 1,000,000.00 |
| | Total | $ 1,750,000.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor   Joel Horowitz                                            Case number (if known)_____

<hr>

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **X** _(signature)_ | **X** _____ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| **Levi Needleman** | _____ |
| Printed name of petitioner | Printed name |
| Date signed **3/25/2026** <br> MM / DD /YYYY | _____ <br> Firm name, if any |
| | _____ <br> Number   Street |
| **Mailing address of petitioner** | |
| **88 forshay  Road** | _____ |
| Number   Street | City          State      ZIP Code |
| **Monsey**        **NY**        **10952** | Date signed _____ <br> MM / DD /YYYY |
| City          State      ZIP Code | |
| | Contact phone _____  Email _____ |
| **If petitioner is an individual and is not represented by an attorney:** | |
| Contact phone **845494-1180** | |
| Email **845dograss@gmail.com** | |
| | |
| **Name and mailing address of petitioner's representative, if any** | |
| _____ | |
| Name | |
| _____ | |
| Number   Street | |
| _____ | |
| City          State      ZIP Code | |

Debtor   **Joel Horowitz**_____          Case number (if known)_____

---

✗ _____
Signature of petitioner or representative, including representative's title

**Ben Klein**_____
Printed name of petitioner

Date signed   **03/25/2026**
              MM / DD /YYYY

**Mailing address of petitioner**

**1 TAUBER TERRACE**_____
Number    Street

**MONSEY**          **NY**          **10952**
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State ZIP Code

---

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State          ZIP Code

Date signed   _____
              MM / DD /YYYY

Contact phone _____   Email _____

---

✗ _____
Signature of petitioner or representative, including representative's title

**96 WRR LLC**_____
Printed name of petitioner

Date signed   **03/25/2026**
              MM / DD /YYYY

**Mailing address of petitioner**

**1 Tauber Terrace**_____
Number    Street

**Monsey**          **NY**          **10952**
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

---

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State          ZIP Code

Date signed   _____
              MM / DD /YYYY

Contact phone _____   Email _____

---

Official Form 105          Involuntary Petition Against an Individual          page 5

| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF ROCKLAND<br>----------------------------------------------------------------X<br><br>LEE NEEDLEMAN a/k/a LEVI NEEDLEMAN,<br><br>                                Plaintiff,<br><br>  -against-<br><br>BETHUNE SUITES, LLC, JOEL HOROWITZ, and<br>PARK NATIONAL CAPITAL FUNDING LLC,<br><br>                         Defendants.<br>----------------------------------------------------------------X | Index No. 035629/2023<br><br>JUDGMENT<br><br>FILED BH<br>FEB 19 2026<br>ROCKLAND COUNTY<br>CLERK'S OFFICE |

      This matter came to be heard before Hon. Hal B. Greenwald, J.S.C. (ret.), who granted Plaintiff's motion for summary judgment and awarded Plaintiff judgment against Defendants BETHUNE SUITES, LLC and JOEL HOROWITZ in the amount of "$563,893 as of August 2024 plus legal fees and pre and post judgment interest" (NYSCEF doc. 98); and

      Upon the consent of Plaintiff, the amount of attorneys' fees to be included in this Judgment totals $11,724.36, the amount which defendants assert the fees should be reduced to.

      Accordingly, it is

      ADJUDGED that the Plaintiff LEE NEEDLEMAN a/k/a LEVI NEEDLEMAN, has a judgment and do recover against Defendant BETHUNE SUITES, LLC whose last known address is 156 Maple Avenue, 212, Spring Valley NY 10977 and Defendant JOEL HOROWITZ, whose last known address is 156 Maple Avenue, 212, Spring Valley NY 10977, jointly and severally, in the amount of $563,893 plus statutory interest of 9% from August 2024 as calculated by the Clerk of the Court in the amount of $70,311.73, plus $11,724.36 in attorneys' fees, plus costs and disbursements and taxed by Clerk of the Court in the amount of $___—___, for a total sum of $645929.09, and that Plaintiff shall have execution therefor.

Dated: February 19, 2026

Enter:

_____
Hon. Djinsad Desir, A.J.S.C.
Pursuant to CPLR 9002, upon a
decision by Hon. Hal Greenwald,
J.S.C. (ret.)